| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | STEPHEN M. HAYES (SBN 83583)<br>STEPHEN P. ELLINGSON (SBN 136505)<br>CHERIE M. SUTHERLAND (SBN 217992)<br>HAYES SCOTT BONINO ELLINGSON<br>GUSLANI SIMONSON & CLAUSE LLP<br>999 Skyway Road, Suite 310<br>San Carlos, California 94070<br>Telephone: 650.637.9100<br>Facsimile: 650.637.8071 |
| 6<br>7 | Attorneys for Defendant<br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY |
| 8<br>9<br>10<br>11 | KIMBERLY A. MILLINGTON (SBN 169200)<br>MILLINGTON LAW GROUP<br>201 Spear Street, Suite 1100<br>San Francisco, California 94105<br>Telephone: 415.230.5386<br>Facsimile: 415.230.5387 |
| 12 | Attorney for Plaintiff<br>RICHARD THOMAS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY and DOES 1-10,<br>inclusive,<br><br>　　　　Defendants. | CASE NO. 3:15-cv-00509 -CRB<br><br>**STIPULATION OF DISMISSAL;**<br>**[PROPOSED] ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

　　　　IT IS HEREBY STIPULATED by plaintiff Richard Thomas by and through his attorney of record, Kimberly A. Millington of Millington Law Group and defendant State Farm Mutual Automobile Insurance Company through its attorney of record Cherie M. Sutherland of Hayes Scott Bonino Ellingson Guslani Simonson & Clause LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), with the parties to bear their own costs and attorney fees.

912804　　　　　　　　　　　　　　-1-
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER – CASE NO. 3:15-CV-00509-CRB**

| | |
|---|---|
| Dated: December 27, 2018 | MILLINGTON LAW GROUP |

By:  */s/ Kimberly A. Millington*
     KIMBERLY A. MILLINGTON
     Attorney for Plaintiff
     RICHARD THOMAS

Dated: December 27, 2018    HAYES SCOTT BONINO ELLINGSON
                                    GUSLANI SIMONSON & CLAUSE LLP

By:  */s/ Cherie M. Sutherland*
     STEPHEN M. HAYES
     STEPHEN P. ELLINGSON
     CHERIE M. SUTHERLAND
     Attorneys for Defendant
     STATE FARM MUTUAL AUTOMOBILE
     INSURANCE COMPANY

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: January 7, 2019

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT –
NORTHERN DISTRICT OF CALIFORNIA